**JANOVE PLLC**
Raphael Janove (SBN 361193)
raphael@janove.law
115 Broadway, 5th Floor
New York, NY 10006
Telephone: (646) 347-3940

**JANOVE PLLC**
Liana Roza Vitale (SBN 348772)
liana@janove.law
979 Osos St., Ste. A5
San Luis Obispo, CA 93401
Telephone: (805) 505-9550

***Attorneys for Plaintiffs and the Proposed Classes***

JANOVE PLLC 979 Osos St., Ste. A5 San Luis Obispo, CA 93401 115 Broadway, 5th Fl. New York, NY 10006 1617 John F. Kennedy Blvd., 20th Fl. Philadelphia, PA 19103

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

TRACY ZIGLER, LUCY YE, and BRIAN ROBEY, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

LYFT, INC.,

Defendant.

Case No. 3:26-cv-00575-EMC

**[PROPOSED] ORDER DENYING DEFENDANT'S SECOND 12(b)(1) MOTION TO DISMISS**

JANOVE PLLC
979 Osos St., Ste. A5 San Luis Obispo, CA 93401
115 Broadway, 5th Fl. New York, NY 10006
1617 John F. Kennedy Blvd., 20th Fl. Philadelphia, PA 19103

**[PROPOSED] ORDER**

Before the Court is Defendant's Second Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(1). Upon consideration of the Motion (Dkt. 46) and all filings related thereto, the Court orders as follows:

For the reasons stated in Plaintiffs' Memorandum of Points and Authorities, Defendant's Motion to Dismiss is hereby **DENIED.**

**IT IS SO ORDERED.**

DATED:_____________________

_________________________________
The Honorable Edward M. Chen
United States District Judge